IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LUIS ALVAREZ-GOMEZ, ) | | |
| ID # 47850-177, ) | | |
|     Movant, ) | No. 3:17-CV-2560-B (BH) | |
| vs. ) | No. 3:14-CR-037-B (1) | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
|     Respondent. ) | Referred to U.S. Magistrate Judge | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

By 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is movant's motion to proceed *in forma pauperis* on appeal, received January 10, 2018 (doc. 12).

(**X**)    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    (**X**)    Movant is not a pauper. The Certificate of Inmate Trust Account shows that Movant has a current balance of $2,900 and an average monthly balance of $1,809. Movant has not shown that he has any demands on his financial resources or that he would suffer deprivation of the necessities of life if he pays the $505.00 appellate filing fee. *See Crider v. Scott*, 50 F.3d 1033, 1033 (5th Cir. 1995) (per curiam).

**If the Court denies the request to proceed *in forma pauperis* on appeal, Movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 11th day of January, 2018.**

                                                                                                                                        _____
                                                                                                                                        IRMA CARRILLO RAMIREZ
                                                                                                               UNITED STATES MAGISTRATE JUDGE